United States District Court
Western District of Texas
Austin Division

Jamaal Dwayne Lilly
on behalf of Sharon Yancey Lilly
(in a coma)
Plaintiffs

University Medical Center Brackenridge
Defendants

FILED
17 JAN 20 PM 4:35
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Case Number:

**A17CV0039LY**

Jamaal Dwayne Lilly
21 Waller St. Apt. 306
Austin, TX 78702
(737) 206-0000

University Medical Center Brackenridge
601 E 15th St.
Austin, TX 78701
(512) 324-7000

1. The reason being that I am asking Federal Court to hear this case is that I believe it should be considered under 18 U.S. Code 601- Immunity Of Witness. My mother has defended me multiples times for being accused as an Drug Dealer and Murderer. She has also been claim a Murderer, ~~the staff at~~ Some of the Staff at Brakenridge have accused my mother and I of these crimes. I do not believe she is getting the best care. I do not believe the staff want to see my mother living. I do not visitation no longer because of me defending my mother's well being from people who would rather see her die. I would like to have her transferred to another hospital. My mother never goes to Brackenridge because of past incidences. She almost died in the past in Brackenridge. She always has someone take her to another hospital. My mother's fear was to pronounced dead at Brackenridge Hospital. Also, a lot of Money was stolen from us in Travis County and I believe a lot of the staff there participated.

I would like to Request an Emergency Hearing.

I have no visitation. My mother is in a coma and I was told she has Bronchitis. I would like to be by her side during her recovery.