IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 FEB 28  PM 3: 59
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| JAMAAL DEWAYNE LILLY, ON BEHALF OF SHARON YANCY LILLY, PLAINTIFF, | § § § § |
| V. | §  CAUSE NO. A-17-CV-39-LY § |
| UNIVERSITY OF MEDICAL CENTER BRACKENRIDGE, DEFENDANT. | § § § § |

## FINAL JUDGMENT

Before the court is the above-entitled cause. On this same date, the court dismissed Plaintiff's cause without prejudice for lack of subject-matter jurisdiction. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the cause is hereby **CLOSED**.

SIGNED this _28th_ day of February, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE